### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD R. RHODES & JEAN ANN RHODES, </br></br> Plaintiffs, </br></br> vs. </br></br> PHOENIX ARMS, </br></br> Defendant. | ) </br> ) </br> ) Civil Action No.: </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### DECLARATION OF ANTHONY J. ODORISI

I, Anthony J. Odorisi, declare under penalty of perjury that the following is true and correct:

1. I am a licensed practicing attorney in the State of New York. I have been retained by Defendant, Phoenix Arms, Inc. to defend it in the above-captioned lawsuit.

2. On March 2, 2019 I spoke with counsel for Plaintiffs', Caitlin Robin, Esq., and discussed Plaintiff Edward R. Rhodes' alleged injuries.

3. Plaintiffs' counsel informed me that Plaintiff Edward R. Rhodes suffered a non-displaced oblique fracture to his left knee as a result of the alleged incident. Further, I was informed that Plaintiff Edward R. Rhodes underwent surgery as a result of the alleged incident and fragments from the bullet remain in his leg. Additionally, I was informed that he continues to undergo physical therapy and requires the aid of a cane to walk.

I, Anthony Odorisi, declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: March 10, 2020.

/s/ Anthony J. Odorisi<br>
Anthony J. Odorisi<br>
RENZULLI LAW FIRM, LLP<br>
One North Broadway, Suite 1005

1

        White Plains, NY 10601
        Tel: (914) 285-0700
        Fax: (914) 285-1213
        E-Mail: aodorisi@renzullilaw.com
        *Attorneys for Defendant Phoenix Arms, Inc.*